## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THERMO KING CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **PHOENIX CASTING & MACHINING, INC.,** | ) | **8:06CV657** |
| | ) | |
| **Defendant and** | ) | **ORDER** |
| **Third-Party Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **TRANSPORT REFRIGERATION, INC.,** | ) | |
| | ) | |
| **Third-Party Defendant.** | ) | |

This matter is before the court on the motion of Phoenix Casting & Machining, Inc. for leave to file and serve a First Amended Answer and Counterclaim [37]. Response time has passed, and the court has not received a response in opposition to the motion. Upon review of the proposed amended pleading,

### IT IS ORDERED:

1. The motion of Phoenix Casting & Machining, Inc. for leave to file and serve a First Amended Answer and Counterclaim [37] is granted.

2. Phoenix shall file and serve its amended pleading forthwith. The opposing parties shall respond within the time allowed by Fed. R. Civ. P. 15(a).

**DATED April 25, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**