# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **THERMO KING CORPORATION,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **PHOENIX CASTING & MACHINING,** ) <br> **INC., et al.,** ) <br> ) <br> **Defendant.** ) | **8:06CV657** <br><br> **ORDER** |

This case came before the court for a Rule 16 planning conference. Counsel for the parties appeared telephonically. Michael Degan represented the plaintiff and Brian Buescher represented the defendant. Following a status review of the case,

**IT IS ORDERED:**

On or before **February 15, 2008**, the parties will designate and advise the court of their selected mediator.

Dated this 10th day of January 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge