IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THERMO KING CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **PHOENIX CASTING & MACHINING, INC.,** | ) | **8:06CV657** |
| | ) | |
| Defendant and | ) | **ORDER** |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **TRANSPORT REFRIGERATION, INC.,** | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Upon the representation that the motion is unopposed,

**IT IS ORDERED:**

1. The motion of Phoenix Casting & Machining, Inc. for leave to file and serve a First Amended Third Party Complaint [67] is granted.

2. Phoenix shall file and serve its amended pleading no later than February 20, 2008. The opposing parties shall respond within the time allowed by Fed. R. Civ. P. 15(a).

**DATED January 25, 2008.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**