## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THERMO KING CORPORATION,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| **PHOENIX CASTING & MACHINING, INC.,** | ) ) | **8:06CV657** |
| **Defendant and** Third-Party Plaintiff, | ) ) ) ) | **ORDER** |
| vs. | ) ) | |
| **TRANSPORT REFRIGERATION, INC.,** | ) ) | |
| **Third-Party Defendant.** | ) | |

Upon review of the Mediation Closure Notice [75] reporting that the parties reached an agreement on all issues,

**IT IS ORDERED:**

1. On or before **April 30, 2008** the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to the undersigned, at gossett@ned.uscourts.gov, a proposed order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

**DATED March 26, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**