## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THERMO KING CORPORATION,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| **PHOENIX CASTING & MACHINING, INC.,** | ) | **8:06CV657** |
| Defendant and Third-Party Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| **TRANSPORT REFRIGERATION, INC.,** | ) | |
| Third-Party Defendant. | ) | |

Upon review of the parties' Joint Motion to Dismiss with Prejudice [81],

IT IS ORDERED that the Joint Motion [81] is granted. This matter is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

**DATED May 20, 2008.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**